```
                                        CLERK'S OFFICE U.S. DIST. COURT
                                              AT ROANOKE, VA
                                                    FILED
                                                JUN 0 5 2006
                                        JOHN F. CORCORAN, CLERK
                                        BY:
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| THOMAS LORENZO GOODMAN, ) | |
|     Plaintiff, ) | Civil Action No. 7:06-cv-00342 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| C/O T. GILMORE, <u>et. al.</u>, ) | By: Hon. James C. Turk |
|     Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 5th day of June, 2006.

                              /s/ James C. Turk
                        Senior United States District Judge